IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DERON CHEEVES, and<br>REGINALD ELMORE<br><br>    Defendants.<br>_____/ | No. CR 09-1030 CRB<br><br>**ORDER** |

    In light of the expedited testing discussed at today's hearing, the Court today signed the Government's proposed order authorizing the acquisition of a buccal swab of Defendant Elmore. The Court signed the order with the understanding that, as discussed at the March 24 hearing, Defendant Elmore retains the right to challenge the Government's evidence of probable cause to support the search. If such a challenge is successful, the evidence obtained through the re-swabbing can be excluded from trial.

**IT IS SO ORDERED.**

Dated: March 31, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE